IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**JOHN ELLIS JOHNSON**  PLAINTIFF
a/k/a John Johnson Ellis
*ADC #121088*

v.   CASE NO. 2:23-CV-00214-BSM

**DOE**  DEFENDANT

**JUDGMENT**

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 17th day of November, 2023.

_____
UNITED STATES DISTRICT JUDGE